IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSHUA MODE, ROBERT JOHNSTON, ROCKY MAKOVY, AND TERRY STITES | ) ) ) ) |
| Plaintiffs, | ) ) Case No. CIV-13-069-RAW |
| v. | ) ) ) |
| THE KANSAS CITY SOUTHERN RAILWAY COMPANY, | ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Joshua Mode ("Plaintiff") and his counsel, hereby give notice that all of Mr. Mode's claims against Defendant The Kansas City Railway Company in the above-captioned matter will hereby be *dismissed with prejudice*. The parties shall bear their own attorneys' fees and costs. The Court retains jurisdiction to enforce settlement terms.

**So Stipulated this 20th day of January, 2014:**

/s/ Christopher H. Leach
Christopher H. Leach
Claudio Molteni
Hubbell Law Firm, L.L.C.
Union Station
30 West Pershing Road, Suite 350
Kansas City, MO 64108-2463
Telephone: (816) 221-5666
Bart Fite
P.O. Box. 1411
Muskogee, OK 74402

/s/ James S. Urban
James S. Urban (admitted pro hac vice)
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
Telephone: (412) 391-3939

C. Ryan Norton
HARDIN, JESSON & TERRY, PLC
5000 Rogers Avenue, Suite 500
P. O. Box 10127
Fort Smith, AR 72917-0127
Telephone: (479) 452-2200, Ext. 21

**So Ordered:**

_____
WHITE, U.S. District Judge